# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Charles McMillin | Case No: 0644 3:21CR00114<br>USM No: 83509-509 |
| Date of Original Judgment: 11/14/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney: Scott Wendelsdorf, Federal Defender |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as stated in the Judgment issued on 11/14/2022)* of 37 months as to Count 1 remains unchanged. The original sentence of the defendant followed from a downward departure on two separate grounds. After consideration of the retroactive impact of Amendment 821, § 1B1.10, and the § 3553(a) sentencing factors, the Court declines to reduce further the sentence imposed. In denying the reduction, the Court has considered the recalculation memo provided by U.S. Probation, the responses to such from the parties, and 18 USC § 3553(a).

*(See Page 2 for additional parts.)*

Except as otherwise provided, all provisions of the judgment dated   11/14/2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 16, 2024

Effective Date: _____
*(if different from order date)*

David J. Hale, Judge
United States District Court