**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: June 03, 2024

Mr. Frank W. Heft Jr.
Mr. Scott T Wendelsdorf
Western Kentucky Federal Community Defender, Inc.
629 S. Fourth Avenue
Suite 200
Louisville, KY 40202

    Re: Case No. 24-5530, *USA v. Charles McMillin*
           Originating Case No. 3:21-cr-00114-1

Dear Counsel,

   This appeal has been docketed as case number **24-5530** with the caption that is enclosed on a separate page.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 17, 2024**.  Additionally, if transcripts are necessary, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:   Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:   Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **June 17, 2024**.  These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

    If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                               Sincerely,

                                               s/Gretchen S. Abruzzo
                                               Case Manager
                                               Direct Dial No. 513-564-7018

cc:  Ms. Amanda E. Gregory

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 24-5530

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLES MCMILLIN

    Defendant - Appellant